PROB 49
(Mod.ED/VA-Rev. 03/04)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
JUL 18 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

U.S.A. vs. __Ryan A. Robertson__

Criminal No. __2:12mj141__

**Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

**Add the following special conditions:**

1. The special assessment and restitution shall be due in full immediately. The defendant shall make restitution payments in the amount of no less than $300 per month until paid in full.

Witness: _____
U.S. Probation Officer

Signed: _____
Supervised Releasee

7/3/12
DATE

Respectfully,

_____
Ryan S. Hurd
U.S. Probation Officer

**ORDER OF COURT**

Considered and ordered this __17th__ day of __July__, 20__12__ and ordered filed and made a part of the records in the above case.

/s/
Douglas E. Miller
United States Magistrate Judge
United States Magistrate Judge

Place __Norfolk, Virginia__

Date __7/3/12__